1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*_E-FILED - 9/30/08_*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY S. WILLIE, | ) | No. C 08-4261 RMW (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF TRANSFER |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES WALKER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28
U.S.C. § 2254 on September 10, 2008.  Petitioner seeks habeas relief from his underlying
criminal conviction and sentence in Los Angeles County Superior court, which lies in the
Central District of California.

Venue for a habeas action is proper in either the district of confinement or the district of
conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction or sentence are
preferably heard in the district of conviction.  See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F.
Supp. 265, 266 (N.D. Cal. 1968).  Here, the Central District of California is district of district of
conviction.

Accordingly, this case is TRANSFERRED to the United States District Court for the
Central District of California, the district of petitioner's conviction at issue in this petition.  See

1   28 U.S.C. § 1404(a);  Habeas L.R. 2254-3(b)(1).  The clerk shall terminate any pending motions

2   and transfer the entire file to the Central District of California.

3          IT IS SO ORDERED.

4   DATED: __9/30/08_____                    *Ronald M. Whyte*
                                              _____
5                                             RONALD M. WHYTE
                                              United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.08\Walker261trans.wpd        2